UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                 Case No. 08-19067-BKC-JKO
                                                                       Chapter   7

Creative Desperation Inc.
a/k/a Peter Letterese & Associates, Inc.,

                    Debtor                                    /

Marika Tolz,                                                           Adv. No. 09-01649-JKO

              Plaintiff,

v.

MGSI, Inc., a/k/a MGS1-Karas, a Delaware
Corporation, Thomas John Karas, Barbara
Fawcett, f/k/a Barbara Letterese, Ramona Letterese,
Charles D. Franken and Charles D. Franken, PA

                    Defendants,                              /

**SHERRI B. SIMPSON, ESQ. OF THE LAW OFFICES OF
SHERRI B. SIMPSON, P.A.'S, MOTION TO WITHDRAW AS RECORD
COUNSEL FOR DEFENDANTS, MGSI, INC., A/K/A MGS1-KARAS, A DELAWARE
CORPORATION, THOMAS JOHN KARAS, BARBARA FAWCETT, F/K/A BARBARA
LETTERESE, RAMONA LETTERESE**

**COMES NOW**, Sherri B. Simpson, Esq., of the Law Offices of Sherri B. Simpson, P.A., and hereby files this Motion to Withdraw as record counsel for the Defendants, MGSI, Inc., a/k/a MGS1-Karas, a Delaware Corporation, Thomas John Karas, Barbara Fawcett, f/k/a Barbara Letterese, and Ramona Letterese in the above styled cause, and as grounds in support therefore would state as follows:

1.   That Sherri B. Simpson, Esq., of the Law Offices of Sherri B. Simpson, P.A., entered an appearance on July 20, 2009 on behalf of the Defendants, MGSI, Inc., a/k/a MGS1-Karas, a Delaware Corporation, Thomas John Karas, Barbara Fawcett, f/k/a Barbara Letterese, and Ramona Letterese, while negotiating a settlement on behalf of Peter D. Letterese which encompassed this adversary. Mr. Letterese was unable to complete the requirements under the settlement, and the adversary is

again moving forward.

2. Certain irreconcilable differences have arisen between the undersigned counsel and the Defendants, such that it is in the best interests of both attorney and clients that this Court permit Sherri B. Simpson, Esq., of the Law Offices of Sherri B. Simpson, P.A., to withdraw as attorney on behalf of the above-named Defendants.

**WHEREFORE**, Sherri B. Simpson, Esq. of the Law Offices of Sherri B. Simpson, P.A, respectfully requests that this Court enter an Order removing her as record counsel for the Defendants, MGSI, Inc., a/k/a MGS1-Karas, a Delaware Corporation, Thomas John Karas, Barbara Fawcett, f/k/a Barbara Letterese, and Ramona Letterese, in this cause and directing that all future pleadings and correspondence be sent directly to the Defendants, as follows:

- MGSI, Inc., a/k/a MGS1-Karas, a Delaware Corporation
  c/o Agents & Corp. Inc., Registered Agent, 1201 Orange St., Ste 600, One Commerce Ctr, Wilmington DE 19801

- Thomas John Karas - 25625 Jefferson Ave, St. Clair Shores MI 48081-2310

- Barbara Fawcett- 18031 SW 70 Place, SW Ranches FL 33331

- Ramona Letterese- 4581 Weston Road, #285, Weston FL 33331

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been forwarded by U.S. Mail to those parties listed above and to all parties on the attached Service List this __15th__ day of March, 2010.

        **LAW OFFICES OF SHERRI B. SIMPSON, P.A.**
        33 N.E. 2nd Street, Suite 101
        Ft. Lauderdale, FL 33301
        Tel: (954) 524-4141
        Fax: (954) 763-5117
        email: sbsimpson@simpson-law-group.com

        By:   /s/ Sherri B. Simpson
            Sherri B. Simpson, Esq.
            Fla. Bar No. 869491

SERVICE LIST 09-1649 ADV

**Via Electronic Notice**:

Charles D Franken     frankencdf@aol.com
Barry P Gruher     bgruher@gjb-law.com,
cbucolo@gjb-law.com;vlambdin@gjb-law.com;gjbecf@gjb-law.com
Bart A Houston     bhouston@gjb-law.com,
vhylton@gjb-law.com;cbucolo@gjb-law.com;ablye@gjb-law.com
Sherri B. Simpson     bklaw99@aol.com,
bklaw9999@gmail.com;bkmail@simpson-law-group.com
Jesus M Suarez     jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com

**US MAIL**:

Leslie Osborne
Rappaport Osborne & Rappaport
1300 N. Federal Hwy, #203
Boca Raton, FL 33432

Thomas John Karas
as an Officer and/or Director of
MGSI, INC., a/k/a MGSI-KARAS
25625 Jefferson Ave.
St. Clair, MI 48081-2310

MGSI, INC., a/k/a MGSI-KARAS
c/o Registered Agent
Agents and Corporations, Inc.
1201 Orange Street, Suite 600
One Commerce Center
Wilmington, DE 19801

Thomas John Karas
25625 Jefferson Ave.
St. Clair, MI 48081-2310

Barbara Fawcett, f/k/a Barbara
Letterese
18031 SW 70th Place
Southwest Ranches, FL 33331-1831

Ramona Letterese
14581 Sheridan Street
Southwest Ranches, FL 33330

Ramona Letterese
5209 S.W. 136 Ave., H
Southwest Ranches, FL 33330

Charles D. Franken

8181 W. Broward Blvd., #360
Plantation, FL 33324

Charles D. Franken, P.A.
c/o Registered Agent Charles D. Franken
8181 W. Broward Blvd., #360
Plantation, FL 33324